**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LAZARIDES, LOIZOS A | § | Case No. 11-24169 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 08, 2011. The undersigned trustee was appointed on *bad date*.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of      $ 90,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 38,717.82 |
| Bank service fees | 436.69 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,843.30 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 49,002.19 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/19/2012 and the deadline for filing governmental claims was 12/05/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,149.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,149.96, for a total compensation of $7,149.96.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.95, for total expenses of $18.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2013     By: /s/ALEX D. MOGLIA
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A

**Period Ending:** 08/28/13

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/08/11 (f)  
**§341(a) Meeting Date:** 07/19/11  
**Claims Bar Date:** 03/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium, Location: 5415 N. Sheridan Road Uni | 175,000.00 | 10,726.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 150.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 106.70 | 0.00 | | 0.00 | FA |
| 4 | Kitchen equipment and household furniture | 1,250.00 | 0.00 | | 0.00 | FA |
| 5 | Books and compact discs<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Normal wearing apparel<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Watches | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 2 cameras | 100.00 | 0.00 | | 0.00 | FA |
| 9 | IRA Plan | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Great West Lifetime advantage IRA | 33.00 | 0.00 | | 0.00 | FA |
| 11 | Suit vs. former employer for wrongful discharge | Unknown | 88,156.70 | | 90,000.00 | FA |
| 12 | 2007 Subaru Impreza | 13,215.00 | 249.00 | | 0.00 | FA |
| 13 | REFUND FROM DISCOVER CARD  (u) | 36.89 | 36.89 | | 0.00 | FA |
| 13 | **Assets  Totals** (Excluding unknown values) | **$191,141.59** | **$99,168.59** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　October 31, 2012　　**Current Projected Date Of Final Report (TFR):**　October 31, 2013

Printed: 08/28/2013 11:06 AM　　V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A

**Taxpayer ID #:** **-***8648  
**Period Ending:** 08/28/13

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/28/2013 11:06 AM V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A  
**Taxpayer ID #:** **-***8648  
**Period Ending:** 08/28/13  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****781866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/13 | {11} | Chubb | Employment & Employer Services Inc. Settlement of claim filed | 1129-000 | 90,000.00 | | 90,000.00 |
| 02/15/13 | 10101 | Malkinson & Halpern | Court order Allowing compensation and expenses | | | 34,018.82 | 55,981.18 |
| | | Malkinson & Halpern | 30,000.00 | 3210-600 | | | 55,981.18 |
| | | Malkinson & Halpern | 4,018.82 | 3220-610 | | | 55,981.18 |
| 02/15/13 | 10102 | Loizos A. Lazarides | Court order authorizing disbursement to debtor settlement proceeds | 8100-002 | | 1,843.30 | 54,137.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 54,095.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.21 | 54,020.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.88 | 53,937.46 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.16 | 53,857.30 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.29 | 53,785.01 |
| 07/18/13 | 10103 | United States Treasury | Tax return for Loizos A Lazarides Tax Id # 38-7068648 | 2810-000 | | 3,141.00 | 50,644.01 |
| 07/18/13 | 10104 | Illinois Department of Revenue | Estate of Loizos A Lazarides - Tax year 2013 - Tax Id # 38-7068648 | 2820-000 | | 1,558.00 | 49,086.01 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.82 | 49,002.19 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 90,000.00 | 40,997.81 | **$49,002.19** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 90,000.00 | 40,997.81 | |
| Less: Payments to Debtors | | | 1,843.30 | |
| **NET Receipts / Disbursements** | | **$90,000.00** | **$39,154.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******53-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****781866** | 90,000.00 | 39,154.51 | 49,002.19 |
| | $90,000.00 | $39,154.51 | $49,002.19 |

{} Asset reference(s)

# Claims Register

## Case: 11-24169    LAZARIDES, LOIZOS A

Claims Bar Date: 03/19/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>06/08/11 | [Updated by Surplus to Debtor Report based on Net Estate Value: 77999.23] | $7,149.96<br>$7,149.96 | $0.00 | $7,149.96 |
| B | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>06/08/11 | | $18.95<br>$18.95 | $0.00 | $18.95 |
| C | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>06/08/11 | | $9,092.00<br>$9,092.00 | $0.00 | $9,092.00 |
| D | POPOWCER KATTEN, LTD<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br><3410-00   Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>06/08/11 | | $1,320.00<br>$1,320.00 | $0.00 | $1,320.00 |
| E | Malkinson & Halpern<br>223 West Jackson Boulevard<br>Chicago, IL 60606<br><3220-61   Special Counsel for Trustee Expenses>, 200 | Admin Ch. 7<br>06/08/11 | OOC dtd 2-07-2013 | $4,018.82<br>$4,018.82 | $4,018.82 | $0.00 |
| F | Malkinson & Halpern<br>223 West Jackson Boulevard<br>Chicago, IL 60606<br><3210-60   Special Counsel for Trustee Fees>, 200 | Admin Ch. 7<br>06/08/11 | CONTINGECY FEE ON WRONGFUL DISCHARGE SETTLEMENT | $30,000.00<br>$30,000.00 | $30,000.00 | $0.00 |
| G | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19053<br>SPRINGFIELD, IL 62794-9053<br><2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>06/08/11 | 2013 STATE INCOME TAX RETURN | $0.00<br>$1,558.00 | $1,558.00 | $0.00 |
| H | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148<br><2810-00   Income Taxes - Internal Revenue Service (post-petition)>, 200 | Admin Ch. 7<br>06/08/11 | 2013 US INCOME TAX RETURN | $3,141.00<br>$3,141.00 | $3,141.00 | $0.00 |

# Claims Register

## Case: 11-24169   LAZARIDES, LOIZOS A

Claims Bar Date:   03/19/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/30/11 | | $7,157.56<br>$7,157.56 | $0.00 | $7,157.56 |
| 1I | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>12/30/11 | | $30.21<br>$30.21 | $0.00 | $30.21 |
| 2 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/26/12 | | $14,016.87<br>$14,016.87 | $0.00 | $14,016.87 |
| 2I | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/26/12 | | $59.17<br>$59.17 | $0.00 | $59.17 |
| SURPLUS | LAZARIDES, LOIZOS A<br>5415 N. SHERIDAN ROAD<br>UNIT 3804<br>CHICAGO, IL 60640<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured<br>06/08/11 | | $10,157.47<br>$10,157.47 | $0.00 | $10,157.47 |
| | | | **Case Total:** | | **$38,717.82** | **$49,002.19** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-24169
Case Name: LAZARIDES, LOIZOS A
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 49,002.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 49,002.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 7,149.96 | 0.00 | 7,149.96 |
| Trustee, Expenses - ALEX D. MOGLIA | 18.95 | 0.00 | 18.95 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 9,092.00 | 0.00 | 9,092.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,320.00 | 0.00 | 1,320.00 |

Total to be paid for chapter 7 administration expenses: $ 17,580.91
Remaining balance: $ 31,421.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 31,421.28

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,421.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,174.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,157.56 | 0.00 | 7,157.56 |
| 2 | American Express Centurion Bank | 14,016.87 | 0.00 | 14,016.87 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,174.43 |
| Remaining balance: | $ | 10,246.85 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 10,246.85 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 10,246.85

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $89.38.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,157.47.

**UST Form 101-7-TFR (05/1/2011)**