# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LAZARIDES, LOIZOS A § Case No. 11-24169
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $191,141.59    Assets Exempt: $20,562.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,263.81    Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $56,735.42

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,000.77 (see **Exhibit 2**), yielded net receipts of $77,999.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 55,177.42 | 56,735.42 | 56,735.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 21,263.81 | 21,263.81 | 21,263.81 |
| **TOTAL DISBURSEMENTS** | $0.00 | $76,441.23 | $77,999.23 | $77,999.23 |

4) This case was originally filed under Chapter 7 on June 08, 2011. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2013         By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Suit vs. former employer for wrongful discharge | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Loizos A. Lazarides | Court order authorizing disbursement to debtor settlement proceeds | 8100-002 | 1,843.30 |
| LAZARIDES, LOIZOS A | BANKRUPTCY CASE11-24169 ,LAZARIDES, LOIZOS A DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 10,157.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,000.77** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 7,149.96 | 7,149.96 | 7,149.96 |
| ALEX D. MOGLIA | 2200-000 | N/A | 18.95 | 18.95 | 18.95 |

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED |
|---|---|---|---|---|---|
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 9,092.00 | 9,092.00 | 9,092.00 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Malkinson & Halpern | 3220-610 | N/A | 4,018.82 | 4,018.82 | 4,018.82 |
| Malkinson & Halpern | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 0.00 | 1,558.00 | 1,558.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 3,141.00 | 3,141.00 | 3,141.00 |
| Rabobank, N.A. | 2600-000 | N/A | 42.33 | 42.33 | 42.33 |
| Rabobank, N.A. | 2600-000 | N/A | 75.21 | 75.21 | 75.21 |
| Rabobank, N.A. | 2600-000 | N/A | 82.88 | 82.88 | 82.88 |
| Rabobank, N.A. | 2600-000 | N/A | 80.16 | 80.16 | 80.16 |
| Rabobank, N.A. | 2600-000 | N/A | 72.29 | 72.29 | 72.29 |
| Rabobank, N.A. | 2600-000 | N/A | 83.82 | 83.82 | 83.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$55,177.42** | **$56,735.42** | **$56,735.42** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,157.56 | 7,157.56 | 7,157.56 |
| 1I | Discover Bank | 7990-000 | N/A | 30.21 | 30.21 | 30.21 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 14,016.87 | 14,016.87 | 14,016.87 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | American Express Centurion Bank | 7990-000 | N/A | 59.17 | 59.17 | 59.17 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,263.81 | $21,263.81 | $21,263.81 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 11-24169  
Case Name: LAZARIDES, LOIZOS A  
Period Ending: 12/13/13

Trustee: (330260) ALEX D. MOGLIA  
Filed (f) or Converted (c): 06/08/11 (f)  
§341(a) Meeting Date: 07/19/11  
Claims Bar Date: 03/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium, Location: 5415 N. Sheridan Road Uni | 175,000.00 | 10,726.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 150.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 106.70 | 0.00 | | 0.00 | FA |
| 4 | Kitchen equipment and household furniture | 1,250.00 | 0.00 | | 0.00 | FA |
| 5 | Books and compact discs<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Normal wearing apparel<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Watches | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 2 cameras | 100.00 | 0.00 | | 0.00 | FA |
| 9 | IRA Plan | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Great West Lifetime advantage IRA | 33.00 | 0.00 | | 0.00 | FA |
| 11 | Suit vs. former employer for wrongful discharge | Unknown | 88,156.70 | | 90,000.00 | FA |
| 12 | 2007 Subaru Impreza | 13,215.00 | 249.00 | | 0.00 | FA |
| 13 | REFUND FROM DISCOVER CARD  (u) | 36.89 | 36.89 | | 0.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | $191,141.59 | $99,168.59 | | $90,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    October 31, 2012          Current Projected Date Of Final Report (TFR):    October 31, 2013

Printed: 12/13/2013 12:58 PM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-24169 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | LAZARIDES, LOIZOS A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***8648 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 12/13/2013 12:58 PM   V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-24169 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | LAZARIDES, LOIZOS A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****781866 - Checking Account |
| Taxpayer ID #: | **-***8648 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/13 | {11} | Chubb | Employment & Employer Services Inc. Settlement of claim filed | 1129-000 | 90,000.00 | | 90,000.00 |
| 02/15/13 | 10101 | Malkinson & Halpern | Court order Allowing compensation and expenses | | | 34,018.82 | 55,981.18 |
| | | Malkinson & Halpern | 30,000.00 | 3210-600 | | | 55,981.18 |
| | | Malkinson & Halpern | 4,018.82 | 3220-610 | | | 55,981.18 |
| 02/15/13 | 10102 | Loizos A. Lazarides | Court order authorizing disbursement to debtor settlement proceeds | 8100-002 | | 1,843.30 | 54,137.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 54,095.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.21 | 54,020.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.88 | 53,937.46 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.16 | 53,857.30 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.29 | 53,785.01 |
| 07/18/13 | 10103 | United States Treasury | Tax return for Loizos A Lazarides Tax Id # 38-7068648 | 2810-000 | | 3,141.00 | 50,644.01 |
| 07/18/13 | 10104 | Illinois Department of Revenue | Estate of Loizos A Lazarides - Tax year 2013 - Tax Id # 38-7068648 | 2820-000 | | 1,558.00 | 49,086.01 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.82 | 49,002.19 |
| 10/25/13 | 10105 | ALEX D. MOGLIA | Dividend paid 100.00% on $7,149.96, Trustee Compensation; Reference: | 2100-000 | | 7,149.96 | 41,852.23 |
| 10/25/13 | 10106 | ALEX D. MOGLIA | Dividend paid 100.00% on $18.95, Trustee Expenses; Reference: | 2200-000 | | 18.95 | 41,833.28 |
| 10/25/13 | 10107 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $9,092.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 9,092.00 | 32,741.28 |
| 10/25/13 | 10108 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,320.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,320.00 | 31,421.28 |
| 10/25/13 | 10109 | LAZARIDES, LOIZOS A | BANKRUPTCY CASE11-24169 ,LAZARIDES, LOIZOS A  DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 10,157.47 | 21,263.81 |
| 10/25/13 | 10110 | American Express Centurion Bank | Combined Check for Claims#2,2I | | | 14,076.04 | 7,187.77 |
| | | | Dividend paid 100.00% on $14,016.87; Claim# 2; Filed: $14,016.87 | 14,016.87 | 7100-000 | | 7,187.77 |
| | | | Dividend paid 100.00% on $59.17; Claim# 2I; Filed: $59.17 | 59.17 | 7990-000 | | 7,187.77 |
| 10/25/13 | 10111 | Discover Bank | Combined Check for Claims#1,1I | | | 7,187.77 | 0.00 |

Subtotals :   $90,000.00   $90,000.00

{} Asset reference(s)

Printed: 12/13/2013 12:58 PM   V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-24169 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | LAZARIDES, LOIZOS A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****781866 - Checking Account |
| Taxpayer ID #: | **-***8648 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   7,157.56<br>on $7,157.56;  Claim# 1;<br>Filed: $7,157.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   30.21<br>on $30.21;  Claim# 1I;<br>Filed: $30.21 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 90,000.00 | 90,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 90,000.00 | 90,000.00 | |
| Less: Payments to Debtors | | 12,000.77 | |
| NET Receipts / Disbursements | $90,000.00 | $77,999.23 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******53-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****781866 | 90,000.00 | 77,999.23 | 0.00 |
| | $90,000.00 | $77,999.23 | $0.00 |

{} Asset reference(s)    Printed: 12/13/2013 12:58 PM    V.13.13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Period Covered:
November 01, 2013 - November 30, 2013
Page 1 of 4

Alex D Moglia
1325 Remington Rd.
Suite H
Schaumburg IL 60173

Case Number:  11-24169
Case Name:  LAZARIDES, LOIZOS A Debtor
Trustee Number:  0000330260
Trustee Name:  Alex D Moglia Trustee

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5001781866 | | $41,833.28 | $0.00 |
| Total | | | $41,833.28 | $0.00 |

## Notable Information For You...

Need a refresher on how to use the Bank Reconciliation Tool in your BMS software? Visit https://bms7.webex.com and click on the **Training Center** and then **Recorded Sessions**. Search for *"Bank Reconciliation"* and you'll find a short video training for either *CaseLink Office* or *CaseLink Web*.

Rabobank and BMS will both be closed on Dec. 25 and Jan. 1. All transactions conducted on these dates will be posted on the business day following each holiday.

12/13/13



Rabobank, N.A. • Member FDIC
www.rabobankamerica.com
3152    rev 10-13
13885

**Rabobank**

*Rabobank, N.A.*
*90 E. Thousand Oaks Blvd., Ste 300*
*Thousand Oaks, CA 91360*

Account Number: 5001781866

Period Covered:
November 01, 2013 - November 30, 2013
Page 2 of 4

Alex D Moglia
1325 Remington Rd.
Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number: | 11-24169 |
| Case Name: | LAZARIDES, LOIZOS A Debtor |
| Trustee Number: | 0000330260 |
| Trustee Name: | Alex D Moglia Trustee |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5001781866 | **Beginning balance** | | $41,833.28 |
| Enclosures | 5 | Total additions | | $0.00 |
| Avg collected balance | $6,072.00 | Total subtractions | | $41,833.28 |
| | | **Ending balance** | | $0.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10107 | 11-08 | 9,092.00 | 10110 | 11-04 | 14,076.04 |
| 10108 | 11-04 | 1,320.00 | 10111 | 11-04 | 7,187.77 |
| 10109 | 11-06 | 10,157.47 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 41,833.28 | 11-06 | 9,092.00 | | |
| 11-04 | 19,249.47 | 11-08 | 0.00 | | |

www.rabobankamerica.com
3154    rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5001781866
Statement Date: February 28, 2013
Page: 3 of 3



02/20/2013  10101  $34,018.82

02/20/2013  10102  $1,843.30



02/20/2013  10101  $34,018.82

02/20/2013  10102  $1,843.30

www.rabobankamerica.com

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5001781866
Statement Date: July 31, 2013
Page: 3 of 3



07/26/2013    10103    $3,141.00



07/26/2013    10103    $3,141.00



07/24/2013    10104    $1,558.00

07/24/2013    10104    $1,558.00

www.rabobankamerica.com

17340
3154 rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5001781866
Statement Date: October 31, 2013
Page: 3 of 3


10/30/2013  10105  $7,149.96


10/30/2013  10105  $7,149.96


10/30/2013  10106  $18.95


10/30/2013  10106  $18.95

www.rabobankamerica.com

3154  rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5001781866
Statement Date: November 30, 2013
Page: 3 of 4


11/08/2013 10107 $9,092.00


11/08/2013 10107 $9,092.00


11/04/2013 10108 $1,320.00


11/04/2013 10108 $1,320.00


11/06/2013 10109 $10,157.47


11/06/2013 10109 $10,157.47


11/04/2013 10110 $14,076.04


11/04/2013 10110 $14,076.04

www.rabobankamerica.com

3154 rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number:    5001781866
Statement Date:    November 30, 2013
Page:              4 of 4



11/04/2013    10111    $7,187.77

11/04/2013    10111    $7,187.77

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| LAZARIDES, LOIZOS A | ) | |
| | ) | CASE NO. 11-24169 JS |
| | ) | |
| | ) | JUDGE JACK SCHMETTERER |
| Debtor(s) | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1.  Trustee's compensation                              $      7,149.96

2.  Trustee's expenses                                  $         18.95

                                         TOTAL          $      7,168.91

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above forthwith.

Dated this 24th day of Oct, 2013

ENTERED: _____
JACK SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE

OCT 2 4 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 11-24169
LOIZOS A. LAZARIDES )
) Chapter: 7
)
) Honorable Jack B. Schmetterer
)
)
Debtor(s) )

## ORDER AWARDING ATTORNEYS' COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Attorneys' compensation and expenses are allowed as follows;

. Attorney for the Trustee

    a. Compensation $ 9,092.00
    b. Expenses     $    0.00

    TOTAL $ 9,092.00

Dated: Oct 24, 2013

Enter:

United States Bankruptcy Judge

OCT 24 2013

**Prepared by:**
Thomas E. Springer
Springer Brown, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL 60187
630-510-0000
tspringer@springerbrown.com

Rev: 20120501_bko

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: LOIZOS A. LAZARIDES | ) | CASE NO. 11-24169 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| | ) | |

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period December 14, 2012 through August 7, 2013 in the amount of $1,320.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

10/24/13       OCT 24 2013