**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LAZARIDES, LOIZOS A                 § Case No. 11-24169
                                           §
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $191,141.59                Assets Exempt: $20,562.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,263.81   Claims Discharged
                                              Without Payment: $0.00

Total Expenses of Administration: $56,735.42

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,000.77 (see **Exhibit 2**), yielded net receipts of $77,999.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,177.42 | 56,735.42 | 56,735.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,263.81 | 21,263.81 | 21,263.81 |
| **TOTAL DISBURSEMENTS** | $0.00 | $76,441.23 | $77,999.23 | $77,999.23 |

    4) This case was originally filed under Chapter 7 on June 08, 2011. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2014    By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Suit vs. former employer for wrongful discharge | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Loizos A. Lazarides | Court order authorizing disbursement to debtor settlement proceeds | 8100-002 | 1,843.30 |
| LAZARIDES, LOIZOS A | BANKRUPTCY CASE11-24169 ,LAZARIDES, LOIZOS A DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 10,157.47 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,000.77** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 7,149.96 | 7,149.96 | 7,149.96 |
| ALEX D. MOGLIA | 2200-000 | N/A | 18.95 | 18.95 | 18.95 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 9,092.00 | 9,092.00 | 9,092.00 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Malkinson & Halpern | 3220-610 | N/A | 4,018.82 | 4,018.82 | 4,018.82 |
| Malkinson & Halpern | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 0.00 | 1,558.00 | 1,558.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 3,141.00 | 3,141.00 | 3,141.00 |
| Rabobank, N.A. | 2600-000 | N/A | 42.33 | 42.33 | 42.33 |
| Rabobank, N.A. | 2600-000 | N/A | 75.21 | 75.21 | 75.21 |
| Rabobank, N.A. | 2600-000 | N/A | 82.88 | 82.88 | 82.88 |
| Rabobank, N.A. | 2600-000 | N/A | 80.16 | 80.16 | 80.16 |
| Rabobank, N.A. | 2600-000 | N/A | 72.29 | 72.29 | 72.29 |
| Rabobank, N.A. | 2600-000 | N/A | 83.82 | 83.82 | 83.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $55,177.42 | $56,735.42 | $56,735.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,157.56 | 7,157.56 | 7,157.56 |
| 1I | Discover Bank | 7990-000 | N/A | 30.21 | 30.21 | 30.21 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 14,016.87 | 14,016.87 | 14,016.87 |
| 2I | American Express Centurion Bank | 7990-000 | N/A | 59.17 | 59.17 | 59.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $21,263.81 | $21,263.81 | $21,263.81 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A

**Period Ending:** 04/22/14

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/08/11 (f)  
**§341(a) Meeting Date:** 07/19/11  
**Claims Bar Date:** 03/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium, Location: 5415 N. Sheridan Road Uni | 175,000.00 | 10,726.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 150.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 106.70 | 0.00 | | 0.00 | FA |
| 4 | Kitchen equipment and household furniture | 1,250.00 | 0.00 | | 0.00 | FA |
| 5 | Books and compact discs<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 450.00 | 0.00 | | 0.00 | FA |
| 6 | Normal wearing apparel<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Watches | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 2 cameras | 100.00 | 0.00 | | 0.00 | FA |
| 9 | IRA Plan | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Great West Lifetime advantage IRA | 33.00 | 0.00 | | 0.00 | FA |
| 11 | Suit vs. former employer for wrongful discharge | Unknown | 88,156.70 | | 90,000.00 | FA |
| 12 | 2007 Subaru Impreza | 13,215.00 | 249.00 | | 0.00 | FA |
| 13 | REFUND FROM DISCOVER CARD  (u) | 36.89 | 36.89 | | 0.00 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$191,141.59** | **$99,168.59** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2012      **Current Projected Date Of Final Report (TFR):**   September 27, 2013  (Actual)

Printed: 04/22/2014 11:22 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-24169 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | LAZARIDES, LOIZOS A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***8648 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/22/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A  
**Taxpayer ID #:** **-***8648  
**Period Ending:** 04/22/14

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****781866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/13 | {11} | Chubb | Employment & Employer Services Inc. Settlement of claim filed | 1129-000 | 90,000.00 | | 90,000.00 |
| 02/15/13 | 10101 | Malkinson & Halpern | Court order Allowing compensation and expenses | | | 34,018.82 | 55,981.18 |
| | | Malkinson & Halpern | 30,000.00 | 3210-600 | | | 55,981.18 |
| | | Malkinson & Halpern | 4,018.82 | 3220-610 | | | 55,981.18 |
| 02/15/13 | 10102 | Loizos A. Lazarides | Court order authorizing disbursement to debtor settlement proceeds | 8100-002 | | 1,843.30 | 54,137.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 54,095.55 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.21 | 54,020.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.88 | 53,937.46 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.16 | 53,857.30 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.29 | 53,785.01 |
| 07/18/13 | 10103 | United States Treasury | Tax return for Loizos A Lazarides Tax Id # 38-7068648 | 2810-000 | | 3,141.00 | 50,644.01 |
| 07/18/13 | 10104 | Illinois Department of Revenue | Estate of Loizos A Lazarides - Tax year 2013 - Tax Id # 38-7068648 | 2820-000 | | 1,558.00 | 49,086.01 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.82 | 49,002.19 |
| 10/25/13 | 10105 | ALEX D. MOGLIA | Dividend paid 100.00% on $7,149.96, Trustee Compensation; Reference: | 2100-000 | | 7,149.96 | 41,852.23 |
| 10/25/13 | 10106 | ALEX D. MOGLIA | Dividend paid 100.00% on $18.95, Trustee Expenses; Reference: | 2200-000 | | 18.95 | 41,833.28 |
| 10/25/13 | 10107 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $9,092.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 9,092.00 | 32,741.28 |
| 10/25/13 | 10108 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,320.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,320.00 | 31,421.28 |
| 10/25/13 | 10109 | LAZARIDES, LOIZOS A | BANKRUPTCY CASE11-24169 ,LAZARIDES, LOIZOS A    DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 10,157.47 | 21,263.81 |
| 10/25/13 | 10110 | American Express Centurion Bank | Combined Check for Claims#2,2I | | | 14,076.04 | 7,187.77 |
| | | | Dividend paid 100.00% on $14,016.87; Claim# 2; Filed: $14,016.87 | 14,016.87 | 7100-000 | | 7,187.77 |
| | | | Dividend paid 100.00% on $59.17; Claim# 2I; Filed: $59.17 | 59.17 | 7990-000 | | 7,187.77 |

Subtotals :   $90,000.00   $82,812.23

{} Asset reference(s)

Printed: 04/22/2014 11:22 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-24169  
**Case Name:** LAZARIDES, LOIZOS A

**Taxpayer ID #:** **-***8648  
**Period Ending:** 04/22/14

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****781866 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/13 | 10111 | Discover Bank | Combined Check for Claims#1,1I | | | 7,187.77 | 0.00 |
| | | | Dividend paid 100.00%    7,157.56<br>on $7,157.56;  Claim# 1;<br>Filed: $7,157.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    30.21<br>on $30.21;  Claim# 1I;<br>Filed: $30.21 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **90,000.00** | **90,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **90,000.00** | **90,000.00** | |
| | | | Less: Payments to Debtors | | | 12,000.77 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$77,999.23** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******53-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****781866** | 90,000.00 | 77,999.23 | 0.00 |
| | **$90,000.00** | **$77,999.23** | **$0.00** |

{} Asset reference(s)